June 23, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

TED L. ROBERTSON, Appellant

NO. 14-16-00250-CV                                    V.

URITA EMANUEL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 15, 2001. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ted L. Robertson.

We further order this decision certified below for observance.